PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: September 15, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jason C. Moore | Case Number: 0980 2:17CR00127-TOR-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 16, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 15, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |
| | **Supporting Evidence**: On September 14, 2020, Mr. Moore allegedly violated standard condition number 3 by being arrested in Medford, Oregon. He did not ask for, nor receive, permission to leave the Eastern District of Washington. |
| | On July 18, 2019, Mr. Moore's conditions of supervision were explained to him and he was given a copy of his judgment. He indicated he understood his conditions. |
| | On September 14, 2020, the undersigned officer spoke to Officer Meador with the Medford Police Department in Oregon. He reported seeing Mr. Moore associating with known drug users outside of a Burger King restaurant. Mr. Moore had expired tabs so he was pulled over on a traffic stop. |
| | During the traffic stop, Mr. Moore's name was run and it was discovered that he had an active federal warrant out of Spokane, Washington. Currently, Mr. Moore is being held in the Jackson County Jail in the District of Oregon. |

Prob12C
Re: Moore, Jason C
September 15, 2020
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/15/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
September 15, 2020

Date