PROB 12C
(6/16)

Report Date: September 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason C Moore | Case Number: 0980 2:17CR00127-TOR-1 |
| Address of Offender: | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: July 16, 2019 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 15, 2024 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/09/2020 and 09/15/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Moore is alleged to be in violation of mandatory condition number1 by being charged with Failure to Report as a Sex Offender, a Class C felony, in violation of Oregon Revised Statutes (ORS) 163A.040(3)(b).<br><br>On July 18, 2019, Mr. Moore's conditions of supervision were explained to him and he was given a copy of his judgment. He indicated he understood his conditions.<br><br>The charging indictment (court no. 20CR50551), count 1, states that on September 14, 2020, Mr. Moore was required by law to report in person, as a sex offender, to the Department of State Police and failed to do so. |
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Moore is alleged to be in violation of mandatory condition number1 by being charged with Failure to Report as a Sex Offender, a Class A misdemeanor, in violation of ORS 163A.040(3)(a). |

Prob12C
Re: Moore, Jason C
September 29, 2020
Page 2

On July 18, 2019, Mr. Moore's conditions of supervision were explained to him and he was given a copy of his judgment. He indicated he understood his conditions.

The charging indictment (court no. 20CR50551), count 2, states that on September 14, 2020, Mr. Moore was required by law to report in person, as a sex offender, to the Department of State Police in the county of the person's last reported residence once each year within 10 days of his birth date. Mr. Moore unlawfully failed to make an annual report, as required, to an appropriate agency or official, within 10 days of his birth date.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/29/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

September 29, 2020
Date