PROB 12C
(6/16)

Report Date: August 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason C. Moore | Case Number: 0980 2:17CR00127-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to register as Required by SORNA, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 25, 2021) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: May 14, 2021 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: September 13, 2023 |

### PETITIONING THE COURT

To issue a **warrant**.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jason Moore is allegedly in violation of special condition number 7 by using methamphetamine on August 8 and 9, 2021.<br><br>On May 14, 2021, Mr. Moore was provided a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions and the expectations of supervision.<br><br>On August 9, 2021, Mr. Moore reported to the U.S. Probation Office and submitted a urine sample that tested positive for methamphetamine. He signed a drug use admission form stating he last used on August 8, 2021. |

Prob12C
**Re: Moore, Jason C**
**August 27, 2021**
**Page 2**

On August 12, 2021, Mr. Moore reported again to the U.S. Probation Office and submitted to a urine sample. The urine sample returned as positive for methamphetamine. He signed a drug use admission form stating he used methamphetamine on August 9, 2021.

2   **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jason Moore is allegedly in violation of special condition number 7 by using marijuana on August 2, 2021.

On May 14, 2021, Mr. Moore was provided a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions and the expectations of supervision.

On August 9, 2021, Mr. Moore reported to the U.S. Probation Office and submitted a urine sample that was positive for marijuana. He signed a drug use admission form stating he last used on August 2, 2021.

3   **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On August 26, 2021, Mr. Moore was allegedly in violation of standard condition number 5 by failing to disclose he had moved from his approved residence to another unknown location.

On May 14, 2021, Mr. Moore was provided a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions and the expectations of supervision.

On August 12, 2021, Mr. Moore was given verbal permission to stay with a friend located in Airway Heights. He was reminded that this placement would be temporary as we were seeking a residential reentry center bed date.

The undersigned officer has attempted numerous times to get in touch with Mr. Moore, but he has stopped answering his phone and is not returning the undersigned officer's messages. On August 26, 2021, the undersigned called the individual whom Mr. Moore was living with and she verified that the offender had moved out of the residence on August 23, 2021. She was unaware of his whereabouts.

4   **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Moore, Jason C
August 27, 2021
Page 3

**Supporting Evidence**: Mr. Moore is allegedly in violation of special condition number 7 by failing to report for random urinalysis testing on August 25, 2021.

On May 14, 2021, Mr. Moore was provided a copy of his judgment and his conditions of supervision were explained to him. He indicated he fully understood his conditions and the expectations of supervision.

Due to Mr. Moore's continued drug use, he was directed to call Pioneer Human Services (PHS) every day and to report for his urinalysis testing if his color, BROWN, was identified for testing On August 25, 2021, the color BROWN was called and Mr. Moore failed to report as directed. The undersigned has attempted to reach Mr. Moore with no success.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/27/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice

Signature of Judicial Officer
August 27, 2021
Date