PROB 12C
(6/16)

Report Date: March 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 10, 2022**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jason C. Moore | Case Number: 0980 2:17CR00127-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 13, 2018

| | | |
|---|---|---|
| Original Offense: | Failure to Register as Required by SORNA, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 26 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(March 25, 2021) | Prison - 8 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Daniel H. Fruchter | Date Supervision Commenced: May 14, 2021 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: September 13, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/27/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #1**:  You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On March 2, 2022, Jason Moore allegedly violated mandatory condition number 1 by providing false information to a police officer and by failing to register as a sex offender, which subsequently led to his arrest in Lane County, Oregon.<br><br>On May 14, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Moore, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.<br><br>On March 2, 2022, the undersigned officer was informed that Mr. Moore had been located and arrested in Lane County, Oregon.  According to the information provided to this officer, deputies with the Lane County Sheriff's Office made contact with the offender during a traffic stop at approximately 1 a.m. on March 2, 2022.  When asked for his name, the offender reportedly provided law enforcement with a false name and date of birth.<br><br>The offender eventually provided law enforcement with his true name and date of birth, stating he had provided false information because he knew a warrant had been issued for his arrest. |

Prob12C
**Re: Moore, Jason C**
**March 9, 2022**
**Page 2**

        It was determined that there was probable cause for the crimes of false information to a police officer and failure to register as a sex offender, and the offender was arrested. Since that date, Mr. Moore has remained incarcerated.

6     **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

    **Supporting Evidence**: On March 2, 2022, Jason Moore allegedly violated standard condition number 3 by traveling outside the Eastern District of Washington, to the District of Oregon, without requesting or being granted authorization.

    On May 14, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Moore, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

    On March 2, 2022, this officer received notification that the offender had been arrested in Lane County, Oregon, at approximately 1 a.m. that morning. According to the information received, after finally determining his true identity and learning he was required to register as a sex offender, Mr. Moore stated he had moved to the area approximately 2 to 3 weeks prior and had not registered his updated address.

7     **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

    **Supporting Evidence**: On March 2, 2022, Jason Moore allegedly violated mandatory condition number 5 by failing to update his sex offender registration with the Spokane County Sheriff's Office (SCSO).

    On May 14, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Moore, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

    On March 2, 2022, this officer became aware that the offender had been arrested in Lane County, Oregon, for failure to register as a sex offender.

    In an attempt to verify that Mr. Moore had registered as a sex offender after commencing his current term of supervised release, this officer contacted the SCSO on March 7, 2022. The undersigned officer was informed that the offender completed a change of address form on August 18, 2021, but despite multiple attempts to confirm that residence, law enforcement was unable to do so. As a result, the SCSO planned to file new failure to register charges against Mr. Moore, but had not yet done so when he was arrested in Oregon.

8     **Mandatory Condition #5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

Prob12C
Re: Moore, Jason C
March 9, 2022
Page 3

**Supporting Evidence**: On March 2, 2022, Jason Moore allegedly violated mandatory condition number 5 by failing to register as a sex offender in Lane County, Oregon, where he had been residing.

On May 14, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Moore, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.

On March 2, 2022, this officer became aware that the offender had been arrested in Lane County, Oregon, for failure to register as a sex offender. According to the information received, Mr. Moore reported he had been living in the area for approximately 2 to 3 weeks at the time of his arrest, and despite having knowledge of the registration process had failed to register as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/09/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 10, 2022
Date